# Exhibit A

US00D645644S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D645,644 S**
Iamartino     (45) **Date of Patent:**     ** **Sep. 27, 2011**

(54) **PANTS**

(75) Inventor: **Antonia Iamartino**, Vancouver (CA)

(73) Assignee: **Lululemon Athletica Canada Inc.**, Vancouver (CA)

(**) Term: **14 Years**

(21) Appl. No.: **29/359,858**

(22) Filed: **Apr. 16, 2010**

(51) **LOC (9) Cl.** .................................. **02-02**
(52) **U.S. Cl.** ................................... **D2/742**
(58) **Field of Classification Search** .................. D2/712, D2/731, 742, 728;  2/227, 228, 79, 235–238
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,825,271 | A | * | 9/1931 | Karberg | 2/237 |
| 2,417,529 | A | * | 3/1947 | Terry | 2/227 |
| 4,466,137 | A | * | 8/1984 | Carnaghi | 2/237 |
| D461,943 | S | * | 8/2002 | Lyden | D2/742 |
| D486,954 | S | * | 2/2004 | Mori | D2/742 |
| D580,126 | S | * | 11/2008 | Rieder | D2/742 |
| D600,883 | S | * | 9/2009 | Blumenfeld | D2/742 |
| D606,284 | S | * | 12/2009 | Caten et al. | D2/742 |
| D609,881 | S | * | 2/2010 | Chen et al. | D2/742 |
| D612,129 | S | * | 3/2010 | Iamartino et al. | D2/742 |
| D612,581 | S | * | 3/2010 | Ramirez | D2/742 |
| 2009/0293167 | A1 | * | 12/2009 | Kottler | 2/23 |

OTHER PUBLICATIONS

Kosher Casual. http://www.koshercasual.com/baggy-cropped-pants-yoga-exercise31319-p-152.html?osCsid= 67i5o5 igmqu2

vehgdhu4gs1ar7. Date Unknown: Viewed Sep. 2010. Baggy Cropped Pants for Yoga or Exercise # 31319.*
An American Girl (blog). http://anamericangirlmovestovienna. blogspot.com/2010/08/i-just-ironed-my-yoga-pants.html. Aug. 2010. Yoga Pants.*
Yoga Pants, Etc. http://www.yogapantsetc.com/yocrlomipa.html. Copyright 2008. "Low-Rise Microfiber Capri Youth Yoga Pants".*
Old Navy. http://oldnavy.gap.com/browse/ . Date Unknown: Viewed Sep. 2010. "Women's Plus Stretch-Jersey Yoga Pants".*

* cited by examiner

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Rashida Johnson
(74) *Attorney, Agent, or Firm* — Joseph Conneely; McCarthy Tetrault LLP

(57) **CLAIM**
The ornamental design for pants, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of pants according to a first embodiment of the design;
FIG. **2** is a rear view thereof;
FIG. **3** is a left side view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a front view of pants according to a second embodiment of the design;
FIG. **6** is a rear view thereof;
FIG. **7** is a left side view thereof; and,
FIG. **8** is a right side view thereof.
The symbol depicted in FIGS. **2-3** forming part of the claimed design is a registered trademark of Lululemon Athletica Canada Inc.

**1 Claim, 8 Drawing Sheets**




**U.S. Patent**        Sep. 27, 2011        Sheet 1 of 8        **US D645,644 S**

## FIG.1



# FIG. 2



# FIG. 3



# FIG. 4



# FIG. 5



# FIG. 6



## FIG. 7



## FIG. 8

