# Exhibit B

## (12) United States Design Patent
### Iamartino

(10) Patent No.: **US D661,872 S**
(45) Date of Patent: ⁎⁎ **Jun. 19, 2012**

(54) **PANTS**

(75) Inventor: **Antonia Iamartino**, Vancouver (CA)

(73) Assignee: **Lululemon Athletica Canada Inc.**, Vancouver (CA)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/402,465**

(22) Filed: **Sep. 23, 2011**

### Related U.S. Application Data

(63) Continuation of application No. 29/359,858, filed on Apr. 16, 2010, now Pat. No. Des. 645,644.

(51) **LOC (9) Cl.** .................................................. **02-02**
(52) **U.S. Cl.** ....................................................... **D2/742**
(58) **Field of Classification Search** ................... D2/712, D2/731, 732, 737, 738, 742, 627; 2/79, 227, 2/228, 236–238
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,825,271 A | | 9/1931 | Karberg | |
| D132,058 S | * | 4/1942 | Sarge | D2/712 |
| 2,417,529 A | | 3/1947 | Terry | |
| RE23,334 E | * | 1/1951 | Montmarquet | 602/70 |
| 3,073,312 A | * | 1/1963 | Lobbenberg | 450/124 |
| 3,396,730 A | * | 8/1968 | Fox | 450/124 |
| D252,656 S | * | 8/1979 | Bergh | D2/703 |
| 4,466,137 A | | 8/1984 | Carnaghi | |
| 5,143,092 A | * | 9/1992 | Flowers | 128/875 |
| D461,943 S | | 8/2002 | Lyden | |
| 6,430,752 B1 | * | 8/2002 | Bay | 2/228 |
| D486,954 S | | 2/2004 | Mori | |
| D552,328 S | * | 10/2007 | Smith et al. | D2/742 |
| D580,126 S | | 11/2008 | Rieder | |
| D600,883 S | | 9/2009 | Blumenfeld | |
| D606,284 S | | 12/2009 | Caten et al. | |
| D609,881 S | | 2/2010 | Chen et al. | |
| D612,129 S | | 3/2010 | Iamartino et al. | |
| D612,581 S | | 3/2010 | Ramirez | |
| D642,768 S | * | 8/2011 | Sawle et al. | D2/704 |
| D645,644 S | * | 9/2011 | Iamartino | D2/742 |
| 2009/0293167 A1 | | 12/2009 | Kottler | |

#### OTHER PUBLICATIONS

Kosher Casual. http://www. koshercasual.com/baggy-cropped-pants-yoga-exercise31319-p-152. html?osCsid= 67i5o5 igmqu2vehgdhu4gs1ar7. Date Unknown: Viewed Sep. 2010.
An American Girl (blog). http://anamericangirlmovestovienna. blogspot.com/2010/08/i-just-ironed-my-yoga-pants.html. Aug. 2010. Yoga Pants.
Yoga Pants, Etc. http://www.yogapantsetc.com/yocrlomipa.html. Copyright 2008. "Low-Rise Microfiber Capri Youth Yoga Pants".
Old Navy. http://oldnavy.gap.com/browse/ . Date Unknown: Viewed Sep. 2010. "Women's Plus Stretch-Jersey Yoga Pants".

* cited by examiner

*Primary Examiner* — Rashida Johnson
(74) *Attorney, Agent, or Firm* — Joseph Conneely; McCarthy Tetrault LLP

(57) **CLAIM**

The ornamental design for pants, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of pants according to the design;
FIG. **2** is a rear view thereof;
FIG. **3** is a left side view thereof; and,
FIG. **4** is a right side view thereof.
The broken line showing of the legs of the pants in FIGS. **1-4** is for the purpose of illustrating portions of the environmental structure and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**




**FIG.1**



**FIG. 2**



FIG. 3



# FIG. 4

