# Exhibit C

(12) **United States Design Patent**          (10) **Patent No.:**      **US D662,281 S**

Iamartino                                      (45) **Date of Patent:**   \*\*  **Jun. 26, 2012**

(54) **PANTS**

(75) Inventor:  **Antonia Iamartino**, Vancouver (CA)

(73) Assignee:  **Lululemon Athletica Canada Inc.**, Vancouver (CA)

(\*\*) Term:  **14 Years**

(21) Appl. No.: **29/412,581**

(22) Filed:  **Feb. 6, 2012**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/402,465, filed on Sep. 23, 2011, which is a continuation of application No. 29/359,858, filed on Apr. 16, 2010, now Pat. No. Des. 645,644.

(51) **LOC (9) Cl.** .................................................. 02-02
(52) **U.S. Cl.** ...................................................... **D2/742**
(58) **Field of Classification Search** ................... D2/712, D2/731, 738, 742; 2/406, 227, 228, 234–238, 2/242
See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,825,271 | A | 9/1931 | Karberg |
| D132,058 | S \* | 4/1942 | Barge ............................ D2/712 |
| 2,417,529 | A | 3/1947 | Terry |
| RE23,334 | E | 1/1951 | Montmarquet |
| 3,073,312 | A | 1/1963 | Lobbenberg |
| 3,396,730 | A | 8/1968 | Fox |
| D252,656 | S | 8/1979 | Bergh |
| 4,466,137 | A | 8/1984 | Carnaghi |
| 5,143,092 | A | 9/1992 | Flowers |
| D461,943 | S | 8/2002 | Lyden |
| 6,430,752 | B1 \* | 8/2002 | Bay .............................. 2/228 |
| D473,694 | S \* | 4/2003 | Lyden ............................ D2/742 |
| D486,954 | S | 2/2004 | Mori |
| D552,328 | S | 10/2007 | Smith et al. |
| D571,530 | S \* | 6/2008 | De Palma ..................... D2/712 |
| D580,126 | S | 11/2008 | Rieder |
| D600,883 | S | 9/2009 | Blumenfeld |
| D606,284 | S | 12/2009 | Caten et al. |
| D609,881 | S | 2/2010 | Chen et al. |
| D612,129 | S | 3/2010 | Iamartino et al. |
| D612,581 | S | 3/2010 | Ramirez |
| D641,127 | S \* | 7/2011 | Zarabi ............................ D2/701 |
| D641,135 | S \* | 7/2011 | Zarabi ............................ D2/712 |
| D641,539 | S \* | 7/2011 | Zarabi ............................ D2/701 |
| D642,768 | S | 8/2011 | Sawle et al. |
| D645,644 | S \* | 9/2011 | Iamartino ..................... D2/742 |
| D654,661 | S \* | 2/2012 | Savage ........................ D2/742 |
| 2009/0293167 | A1 \* | 12/2009 | Kottler ................................ 2/23 |
| 2012/0036615 | A1 \* | 2/2012 | Bradstreet et al. ............... 2/236 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/402,465, Iamartino.
Kosher Casual. http://www. koshercasual.com/baggy-cropped-pants-yoga-exercise31319-p-152.html?osCsid= 67i5o5 igmqu2vehgdhu4gs1ar7. Date Unknown: Viewed Sep. 2010.
An American Girl (blog). http://anamericangirlmovestovienna. blogspotcom/2010/08/i-just-ironed-my-yoga-pants.html. Aug. 2010, Yoga Pants.

(Continued)

*Primary Examiner* — Rashida Johnson

(74) *Attorney, Agent, or Firm* — Joseph Conneely; McCarthy Tetrault LLP

(57)              **CLAIM**
The ornamental design for pants, as shown and described.

### DESCRIPTION

FIG. **1** is a front view of pants according to a first embodiment of the design;
FIG. **2** is a rear view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a front perspective view thereof;
FIG. **6** is a front view of pants according to a second embodiment of the design;
FIG. **7** is a rear view thereof;
FIG. **8** is a right side view thereof;
FIG. **9** is a left side view thereof; and,
FIG. **10** is a front perspective view thereof.
The symbol depicted in FIGS. **2** and **3** forming part of the claimed design is a registered trademark of Lululemon Athletica Canada Inc.

**1 Claim, 10 Drawing Sheets**



**US D662,281 S**

Page 2

OTHER PUBLICATIONS

Yoga Pants, Etc. http://www.yogapantsetc.com/yocrlomipa.html. Copyright 2008. "Low-Rise Microfiber Capri Youth Yoga Pants".

Old Navy. http://oldnavy.gap.com/browse/ . Date Unknown: Viewed Sep. 2010. "Women's Plus Stretch-Jersey Yoga Pants".

* cited by examiner

Fig. 1



Fig. 2





Fig. 3

Fig. 4



Fig. 5





Fig. 6

Fig. 7



Fig. 8



Fig. 9





Fig. 10