**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 1:12-cv-01034-SLR |
| v. | ) ) ) |
| CALVIN KLEIN, INC. AND G-III APPAREL GROUP, LTD., | ) ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Pursuant to FRCP Rule 41(a), Plaintiff lululemon athletica canada inc. gives notice of its dismissal of any and all claims contained herein against defendants Calvin Klein Inc. and G-III Apparel Group, Ltd., with prejudice and without costs or fees to any party.

Dated: November 20, 2012

**DLA PIPER LLP (US)**

 /s/ *Denise S. Kraft*
Denise S. Kraft (ID No. 2778)
Aleine M. Porterfield (ID No. 5053)
Brian A. Biggs (ID No. 5591)
919 North Market Street, 15th Floor
Wilmington, DE 19801-3046
Telephone:  302.468.5700
Facsimile:  302.394.2341
denise.kraft@dlapiper.com
aleine.porterfield@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Plaintiff
lululemon athletica canada inc.*